# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Michelle Helton, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:14-cv-00163-JFA |
| Bluestem Brands, Inc. dba Gettington.com; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 16, 2014

    Respectfully submitted,

    By  /s/ Brian J. Headley
    Brian J. Headley, Esquire
    District of South Carolina Bar ID No. 11427
    The Headley Law Firm
    1156 Bowman Rd., Suite 200
    Mount Pleasant, SC  29464
    Telephone: (843) 375-6181
    Facsimile: (843) 375-6185
    bjheadley@yahoo.com
    bheadley@lemberglaw.com

    *Of Counsel to*
    Lemberg Law, LLC
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (888) 953-6237

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 16, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By   /s/ Brian J. Headley
                    Brian J. Headley, Esq.